UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roummel Jerome Ingram,

    Petitioner,                               Case No. 10-10756

v.                                                 Hon. Nancy G. Edmunds

John Prelesnik,

    Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

      SO ORDERED.


                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: March 28, 2011


I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2011, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager